| | | |
|---|---|---|
| TONI WOOD, | ) | |
|     Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| V. | ) | **CASE NO. 4:16-cv-33-D** |
| | ) | |
| GC SERVICES LIMITED PARTNERSHIP, | ) ) | |
|     Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Toni Wood and against Defendant GC Services Limited Partnership as follows: Defendant is to pay to plaintiff One Thousand Dollars ($1,000), plus taxable costs now accrued, plus a reasonable attorney's fee as determined by the Court. This amount, collectively, serves to satisfy all claims Plaintiff asserts against GC Services in this action.

**This Judgment Filed and Entered on October 27, 2016, and Copies To:**

| | |
|---|---|
| Craig M. Shapiro | (via CM/ECF Notice of Electronic Filing) |
| Christopher J. Derrenbacher | (via CM/ECF Notice of Electronic Filing) |
| William S. Helfand | (via CM/ECF Notice of Electronic Filing) |

DATE:                                       JULIE RICHARDS JOHNSTON, CLERK

October 27, 2016                        (By) /s/ Nicole Briggeman

                                                             Deputy Clerk